ACCEPTED
03-14-00706-CV
5330069
THIRD COURT OF APPEALS
AUSTIN, TEXAS
5/18/2015 4:54:50 PM
JEFFREY D. KYLE
CLERK



**KEN PAXTON**
ATTORNEY GENERAL OF TEXAS

May 18, 2015

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
5/18/2015 4:54:50 PM
JEFFREY D. KYLE
Clerk

Jeffrey D. Kyle, Clerk of the Court                    **e-Filing**
Third Court of Appeals
P.O. Box 12547
Austin, Texas 78711-2547

  Re: 03-14-00706-CV; *Entergy Texas, Inc. v. Public Utility Commission of Texas, et al.*

Dear Mr. Kyle:

In response to the Court's letter dated March 24, 2015, attorneys for Appellees State of Texas' Agencies and Institutions of Higher Education (State Agencies), Public Utility Commission of Texas, and Office of Public Utility Commission each responded that they intend to present oral argument. In order to comply with Texas Rule of Appellate Procedure 39.4, the parties have agreed that oral argument will be presented by:

Elizabeth Sterling for the Public Utility Commission of Texas (10 minutes), and

Ross Henderson for the Office of Public Utility Counsel (10 minutes).

While Sara Hammond of State Agencies will not be scheduled to present argument, she will be present.

    Respectfully submitted,

    By: */s/ Sara R. Hammond*
     Katherine H. Farrell
     State Bar No. 24032396
     Sara R. Hammond
     State Bar No. 24081003
     Assistant Attorneys General

OFFICE OF THE TEXAS ATTORNEY GENERAL
Administrative Law Division
P.O. Box 12548
Austin, Texas 78711
Telephone: (512) 475-4173
Facsimile: (512) 320-0167
E-mail: katherine.farrell@texasattorneygeneral.gov
sara.hammond@texasattorneygeneral.gov

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the Letter to the Clerk of the Third Court of Appeals was transmitted by electronic filing on the 18th day of May, to the parties of record as listed below:

/s/ *Sara R. Hammond*
Sara R. Hammond
Assistant Attorney General

**ENTERGY TEXAS, INC.,**

**Appellant**

John F. Williams
Marnie A. McCormick
DUGGINS WREN MANN & ROMERO, LLP
One American Center
600 Congress Suite 1900
Austin, Texas 78767
Telephone: (512) 744-9300
Facsimile: (512) 744-9399
jwilliams@dwmrlaw.com
mmccormick@dwmrlaw.com

**OFFICE OF PUBLIC UTILITY COUNSEL,**

**Appellee**

Ross Henderson
Assistant Public Counsel
OFFICE OF PUBLIC UTILITY COUNSEL
1701 N. Congress Avenue
Suite 9-180
P.O. Box 12397
Austin, Texas 78711-2397
Telephone: (512) 936-7500
Facsimile: (512) 936-7525  or 936-7520
ross.henderson@opuc.texas.gov

**PUBLIC UTILITY COMMISSION OF TEXAS,**

**Appellee**

Elizabeth Sterling
Assistant Attorney General
OFFICE OF THE ATTORNEY GENERAL
Environmental Protection Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
Telephone: (512) 475-4152
Facsimile: (512) 320-0911
Elizabeth.Sterling@texasattorneygeneral.gov

**TEXAS INDUSTRIAL ENERGY CONSUMERS,**

**Appellee**

Rex D. Van Middlesworth
Benjamin Hallmark
THOMPSON KNIGHT, LLP
98 San Jacinto Blvd, Ste. 1900
Austin, Texas 78701
Telephone: (512) 469-6100
Facsimile: (512) 469-6180
rex.vanm@tklaw.com
benjamin.hallmark@tklaw.com